UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leon Leslie Stilson,

                Plaintiff,        Case No. 21-cv-12330

v.                                    Judith E. Levy
                                        United States District Judge

Commissioner of Social Security
Administration,                  Mag. Judge Patricia T. Morris

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [18]

Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation (ECF No. 18) recommending the Court deny Plaintiff Leon Leslie Stilson's motion for summary judgment (ECF No. 14) and grant Defendant Commissioner of Social Security Administration's motion for summary judgment. (ECF No. 16.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 18) is ADOPTED;

Plaintiff's motion for summary judgment (ECF No. 14) is DENIED;

Defendant's motion for summary judgment (ECF No. 16) is GRANTED; and

This case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: January 20, 2023      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                           United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 20, 2023.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).